Robyn M. Rebers, OSB# 034309
Robyn M. Rebers LLC
PO Box 3530
Wilsonville, OR 97070
Tel: 503-871-8890
Fax: 888-398-8793
robyn@reberslaw.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

**ROBERT PETERSON,**

        Plaintiff,

v.

**CAROLYN W. COLVIN,**
Acting Commissioner of Social Security,

        Defendant.

CV No.: 6:13-cv-01241-ST

ORDER APPROVING PLAINTIFF'S
MOTION FOR ATTORNEY FEES
PURSUANT TO 42 U.S.C. §406(b)

After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having no objection, Order is hereby granted in the sum of $8840.55 for attorney fees pursuant to 42 U.S.C. §406(b). The Commissioner shall deduct from this amount an administrative assessment under 42 U.S.C. §406(d) and pay Plaintiff's counsel the balance.

IT IS SO ORDERED this ___ day of _Dec_, 2014

_____
United States Magistrate Judge

PRESENTED BY:
Robyn M. Rebers OSB#034309
Attorney for Plaintiff

ORDER APPROVING MOTION FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b)     1